GEORGE E MURPHY, ESQ. SBN 153875
LAW FIRM OF GEORGE MURPHY
5966 Ruthwood Drive
Calabasas, California 91302
TELEPHONE : 323-363-3711
EMAIL:Gemstoylawfirm@gmail.com

Attorney for Plaintiff, Maha Elregragui Moqaddem

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **MAHA ELREGRAGUI MOQADDEM**<br>Plaintiff.<br>**v.**<br>**ALBERT GREGORY PINTO; DOES 1-100**<br>Defendants. | Case No. 2:22-CV-01808 DMG (JEMx) (Previously: Los Angeles County Superior Court Case No. 22SMCV00233)<br>**NOTICE OF ERRATA RE**<br>**ELECTRONIC FILING (ERROR)**<br>[Assigned to Hon. Judge Dolly M. Gee] |

**GEORGE E MURPHY GIVES NOTICE OF ERRATA re electronic Filing as follow :**

1. **May 19,2022 Docket No. 42 Entitled " AMENDED COMPLAINT / PATITION" of which page 10 in Filed Amended Complaint was blurring with rainbow colors on almost half of the page and, Front page of Document is being filed marked (Amended) Complaint on First Page of Complaint with Attached correct Page 24 that was not correctly filed in Docket 42.**
2. **As Per Note from Clerk, Civil Cover Sheet needs to be filed separately not attached with filed Summons and is being refiled as a separate**

attachment.

DATED : May 20,2022

By: GEORGE E MURPHY, ESQ
Law office of George Murphy, Esq
Attorney for Plaintiff, Maha Moqaddem

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. I am familiar with process of service.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is:**For mailing only for this complaint 5966 Ruthwood Drive, Calabasas, CA 91302 .**

**On** 5/20/22 **I served to the following parties : NOTICE OF ERRATA RE ELECRONIC FILING**

**NAME AND ADDRESS OF ATTORNEY FOR OTHER PARTY OR OTHER PARTY**

**LAN NGUYEN : 1055 W Seventh Street, 33rd Floor , LA , CA 90017**

[ X] (By U.S. Mail) I deposited such envelope in the mail at ___LA____, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at ____LA __, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

[X] By Electronic Mail

I declare under penalty of perjury under the laws of the State of CA and the United States of America that the foregoing is true and correct.

DATED: 5/20/2022

/S/ GEORGE MURPHY
GEORGE MURPHY