# EXHIBIT A

LinkedIn Member

LinkedIn Member

JUL 5, 2017

**LinkedIn Member** • 7:30 PM

Hello Maha - I enjoyed meeting you the other day at the courthouse. Please let me know if you want to discuss any aspect of your case or if there is anything else you believe we might do to set things right.

All my best - Greg

LinkedIn Member

LinkedIn Member

JUL 5, 2017

**LinkedIn Member** · 7:30 PM

Hello Maha - I enjoyed meeting you the other day at the courthouse. Please let me know if you want to discuss any aspect of your case or if there is anything else you believe we might do to set things right.

All my best - Greg

Home My I



**Maha Visconti**

--

Connections 4
**Grow your network**

Access exclusive tools & insights
**Try Premium for free**

**My items**

Groups

Events +

Followed Hashtags

Discover more



Start a post

Photo Video Event Write article

Sort by: **Top**

Add to your feed •••



**Andrea WR Jones** • 3rd+
Amor Fati

+ Follow



**Ms Julia Epiphany**
43,602 followers

+ Follow