# EXHIBIT H

# AGREEMENT FOR ANNULMENT OF MARRIAGE

This Agreement is hereby entered into by and between Albert Gregory Pinto ("ALBERT") and Maha Visconti ("MAHA") as of the date stated below. ALBERT and MAHA are collectively referred to herein as "The Parties".

This Agreement is based upon the following facts which both ALBERT and MAHA agree are true and correct and that neither ALBERT nor MAHA will contest in any proceeding for annulment:

1. ALBERT and MAHA were married in Beverly Hills, California on April 24, 2018.

2. On the date of their marriage, at ALBERT's request, the Parties traveled to the Beverly Hills Courthouse. MAHA was under the belief that the Parties were going to the Beverly Hills Courthouse solely to obtain a marriage license or marriage authorization permit. MAHA was under the belief that such a document would grant the Parties permission to be married within the next 90 days if MAHA decided to actually proceed with the marriage to ALBERT. At the time, MAHA had not made the final decision to marry ALBERT.

3. Prior to arriving at the Beverly Hills Courthouse, the Parties had lunch together and MAHA consumed several glasses of alcohol (sake), causing her to become intoxicated. MAHA has little memory of the events after lunch, including the events that took place at the Beverly Hills Courthouse resulting in the Parties' marriage.

4. It was never MAHA's intention to get married on April 24, 2018.

5. The Parties never had a marriage ceremony nor reception.

6. The Parties never established a marital residence together. After the date of marriage, MAHA remained residing at her residence located at 2568 Military Avenue, Los Angeles, California 90064. After the date of marriage, ALBERT remained residing at 1405 5th Street, Santa Monica, California.

7. On the date and at the time that the Parties were married, due to her intoxication, MAHA was not of sound mind and was unable to understand or appreciate the nature of the marriage and the duties and obligations that came with it. MAHA has no memory of what transpired at the Beverly Hills Courthouse on that date. Further, prior to appearing at the Beverly Hills Courthouse, it **WAS NOT** MAHA's intention to get married to ALBERT on that date. MAHA was still undecided as to whether she was going to marry ALBERT.

8. This Agreement may be used in any Court of Law or Recorder's Office to effectuate an annulment.

Based upon the above facts, which neither Party contests, the Parties jointly request that the marriage between ALBERT and MAHA be annulled by a Court of proper jurisdiction in Los Angeles, California, and that the Parties be returned to their "single" marital status.

Dated: February 23, ~~2018~~ 2019.

Mahaß

Scanned by CamScanner

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles )

On February 23, 2019 before me, A. G. Carrion, Jr Notary Public
(insert name and title of the officer)

personally appeared Maha Viscount
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________ (Seal)

Scanned by CamScanner