# EXHIBIT # 1

THE COURT: I'M SORRY?

MR. HALPERN: I DON'T HAVE ANY DISCOVERY TO GIVE TO THE PEOPLE AT THIS TIME.

THE COURT: WELL, IF YOU ARE THE ATTORNEY OF RECORD, WERE YOU GOING TO CALL WITNESSES IN THIS CASE?

MR. HALPERN: WELL, YOUR HONOR, IF I WERE THE ATTORNEY OF RECORD, THERE'S -- AS TO MR. VISCONTI [SIC], HE HAS AN ARREST FOR A 273.5. WE REQUESTED FROM THE PEOPLE ANY POLICE REPORTS SO THAT WE COULD HAVE AN INVESTIGATOR RETAINED TO SPEAK WITH THE WITNESSES ON THOSE 273.5. I THINK IT WOULD BE VERY RELEVANT TO SPEAK WITH WOMEN WHO MAY HAVE HAD BEEN ASSAULTED OR THOUGHT THEY HAD BEEN ASSAULTED BY MR. VISCONTI [SIC].

THE COURT: I AGREE WITH YOU, MR. HALPERN.

MR. HALPERN: THAT HAS NOT BEEN TURNED OVER TO US.

MS. FRANKLIN: YOUR HONOR, I CAN HELP WITH THAT ISSUE VERY QUICKLY, AND MY DETECTIVE CAN AS WELL. THAT POLICE REPORT WAS REQUESTED WEEKS AGO, I WOULD SAY, AND HE RECEIVED NOTIFICATION BACK FROM THE AGENCY THAT THAT REPORT NO LONGER EXISTS.

THE COURT: WHAT YEAR IS THAT FROM?

DETECTIVE HARO: 1990, YOUR HONOR.

THE COURT: AND, DETECTIVE HARO, WHY DOESN'T IT EXIST ANY LONGER?

DETECTIVE HARO: I CALLED -- THAT AGENCY WAS LOS ANGELES SHERIFF'S DEPARTMENT. I REACHED OUT TO THEM, THE RECORDS SECTION. THEY DID SEND ME THE

INFORMATION BACK THAT IT GOT PURGED OUT OF THEIR SYSTEM BECAUSE OF THE DATE BACK IN 1990.

THE COURT: AND SO ARE YOU SAYING THAT OLD POLICE REPORTS JUST VANISH?

DETECTIVE HARO: THERE WAS ANOTHER ARREST THAT WAS IN MR. PINTO'S PACKAGE AS WELL, WHICH I REQUESTED FROM GLENDALE. THEY ALSO SENT ME BACK THEIR POLICY AND THEY LOOKED INTO, AND, ALSO, THAT WAS PURGED. I BELIEVE THAT WAS IN LATE 1980'S, THAT CASE. SO, YES, EVENTUALLY IT GETS PURGED OUT OF THE SYSTEM.

THE COURT: MR. PINTO, YOU'RE ON THE LINE NOW. DO YOU HAPPEN TO HAVE COPIES OF THOSE OLD REPORTS?

MR. PINTO: NO, YOUR HONOR. I DO NOT.

THE COURT: AND DO WE KNOW WHO THE COMPLAINING WITNESSES WERE IN EACH OF THOSE REPORTS, THE SHERIFF'S REPORT FROM 1990? AND GLENDALE WAS FROM WHEN?

DETECTIVE HARO: GLENDALE WAS 1986, YOUR HONOR.

THE COURT: AND, MR. PINTO, WERE YOU IN A RELATIONSHIP WITH MS. MAQADDEM IN 1990 OR 1986?

MR. PINTO: NO, YOUR HONOR.

THE COURT: OKAY. AND DO YOU REMEMBER THOSE TWO INSTANCES WHERE YOU WERE ARRESTED OR INVESTIGATED FOR DOMESTIC VIOLENCE BY EITHER GLENDALE OR THE SHERIFF'S DEPARTMENT?

MR. PINTO: GLENDALE WAS NOT A DOMESTIC VIOLENCE.

MS. FRANKLIN: CORRECT.

MR. PINTO: IT WAS DISTURBING THE PEACE. THE ONE THAT WAS INVESTIGATED, I DIDN'T KNOW WHAT THE CHARGE WAS. THEY JUST RELEASED ME AND DIDN'T FIND ANYTHING. AND THAT WAS IN MALIBU IN 1990. I REMEMBER BOTH INCIDENTS.

THE COURT: WHAT'S THE NAME OF THE COMPLAINING WITNESS IN THE MALIBU INCIDENT IN 1990, PLEASE?

MR. PINTO: HER NAME WAS NANCY WILLIAMS.

THE COURT: NANCY WILLIAMS?

MR. PINTO: YES, YOUR HONOR.

THE COURT: AND DO YOU HAVE A DATE OF BIRTH OR ANY CONTACT INFORMATION?

MR. PINTO: NO, YOUR HONOR. I HAVEN'T SEEN HER SINCE.

THE COURT: OKAY. AND ABOUT HOW OLD WAS SHE IN 1990?

MR. PINTO: SHE WAS OLDER THAN ME. SHE WAS -- I THINK SHE WAS -- I WANT TO SAY 34.

THE COURT: IN 1990?

MR. PINTO: YES, YOUR HONOR.

THE COURT: AND DO YOU HAVE ANY WAY OF CONTACTING HER?

MR. PINTO: NO, YOUR HONOR. I HAVE NO IDEA. I HAVEN'T TALKED TO HER, COMMUNICATED WITH HER. I DON'T HAVE ANY IDEA WHERE SHE IS.

THE COURT: OKAY. AND THAT WAS NEVER A FILED CASE AGAINST YOU?

MR. PINTO: THAT'S CORRECT, YOUR HONOR.

COPYING AND/OR DISTRIBUTION PROHIBITED PER GOVERNMENT CODE 69954(D)

THE COURT: OKAY. AND THE 415 OR THE DISTURBING THE PEACE CASE IN GLENDALE IN 1986 --

MR. PINTO: YES, YOUR HONOR.

THE COURT: -- TELL US ABOUT THAT, PLEASE.

MR. PINTO: YEAH. I MEAN, I CAN TELL YOU EXACTLY WHAT HAPPENED. MY MOM HAD A COMPANY WITH A PARTNER WHOSE NAME WAS JACK CHAMBERS. I WAS WORKING FOR THE COMPANY TEMPORARILY JUST DOING SOME SALES REPPING. MY MOM WENT TO ITALY. THEY WERE MAKING YARN IN ITALY. AND SHE THOUGHT THAT HER PARTNER WAS BASICALLY SELLING STUFF OUT THE BACK. SO SHE ASKED ME TO STAY AT THE OFFICE WHILE SHE WAS OUT OF TOWN DURING THE OPEN HOURS. I WENT TO THE OFFICE TO STAY THERE. MY MOM WAS A FULL HALF OWNER. JACK CHAMBERS STARTED SCREAMING, TELLING ME TO LEAVE. I SAID, YOU KNOW, "MY MOM ASKED ME TO STAY HERE." HE SCREAMED AND YELLED SOME MORE.

THEN I GUESS HE CALLED THE POLICE AND I WAITED FOR THEM. I EXPLAINED TO THE POLICE WHAT WAS GOING ON. THE POLICE -- JACK HAD SAID SOMETHING ABOUT A GUN BECAUSE HE KNEW I HAD A LICENSED FIREARM. THAT WAS BACK WHEN -- I CAN'T REMEMBER -- SOME SERIAL KILLERS WAS MARCHING AROUND CALIFORNIA; SO WHEN I WENT ON THE ROAD, I WOULD KEEP IT IN MY CAR. I SHOWED THE POLICE OFFICERS WHERE IT WAS. THEY CONFISCATED THE GUN.

I WENT TO COURT. NOBODY SHOWED UP TO FOLLOW UP ON THE COMPLAINT BECAUSE IT WAS ALL B.S. I WASN'T

COPYING AND/OR DISTRIBUTION PROHIBITED PER GOVERNMENT CODE 69954(D)

DISTURBING THE PEACE OR DOING ANYTHING. AND I BELIEVE I PLEADED TO THE DISTURBING THE PEACE AND PAID SOMETHING LIKE $100 OR SOMETHING LIKE THAT.

THE COURT: AND DO YOU HAVE CONTACT INFORMATION FOR JACK CHAMBERLAIN [SIC]?

MR. PINTO: JACK CHAMBERS. AND HE'S DEAD, YOUR HONOR.

THE COURT: HE'S DEAD? OKAY.

MR. PINTO: YEAH. HE WAS AN OLDER GENTLEMAN AND HE PASSED AWAY. HE HAD CANCER OR SOMETHING.

THE COURT: ALL RIGHT. SO THE DISCOVERY, THEN, THAT YOU TURNED OVER TO THE DEFENSE TODAY, MS. FRANKLIN, TELL US ABOUT THAT.

MS. FRANKLIN: I HAVEN'T TURNED IT OVER YET. SHOULD I OR --

THE COURT: WHAT IS IT?

MS. FRANKLIN: IT IS A SUPPLEMENTAL REPORT FROM DETECTIVE HARO. AND I THINK IF HE'S COMFORTABLE AND THE COURT'S COMFORTABLE, HE CAN BETTER EXPLAIN JUST BECAUSE IT'S A LITTLE INTERESTING WHAT HAPPENED.

THE COURT: OKAY.

DETECTIVE HARO: YOUR HONOR, THE DEFENDANT'S BROTHER REACHED OUT TO ME THIS WEEK; SO I RETURNED HIS PHONE CALL. HE SAID HE HAD PHOTOS OF MAHA -- WITH SOME INJURIES SUFFERED TO MAHA. I TOLD HIM THAT IT WOULD BE MORE APPROPRIATE IF SHE, OF COURSE, SENT THAT TO HER ATTORNEY WHO CAN THEN FORWARD THAT TO THE DISTRICT ATTORNEY'S OFFICE. BUT HE SENT THOSE PHOTOS TO MY