# EXHIBIT K

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Serena Murillo

Salaheddine El Moqaddem, In Pro per
11270 Exposition Boulevard
POBOX 642397
Los Angeles, CA 90064
Telephone : 310-600-9991
Email: edelmo881@gmail.com

**SUPERIOR COURT OF CALIFORNIA**

**FOR COUNTRY OF LOS ANGELES , CENTRAL DISTRICT**

| | |
|---|---|
| SALAHEDDINE EL MOQADDEM,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT GREGORY PINTO , and DOES 1 through 25, inclusive,<br><br>Defendant | Case No. 22STCV06463<br><br>UNLIMITED CIVIL-DEMAND OVER $25,000<br><br>VERIFIED COMPLAINT FOR:<br><br>1. TRESPASSING /HOME INVASION<br>2. NEGLIGENT TRESPASSING<br>3. PROPERTY DAMAGE<br>4. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br>5. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, SALAHEDDIN ELREGRAGUI MOQADDEM , ("Plainitff") , hereby complains and alleges as follows:

**PARTIES**

1. Salaheddine El Moqaddem (hereinafter " PLAINTIFF ) is an individual from LA county who relocated to Morocco, Casablanca and was out of the Country United States of America for over one and half years due to a family and health unexpected condition.

2. Albert Gregory Pinto (hereinafter "DEFENDANT") is an individual who resided in LA county when above mentioned incidents where he trespassed and broke in twice to Plaintiff's home occurred

3. Plaintiff, Salaheddine El Moqaddem (hereinafter referred to as Plaintiff) is and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles , County of Los Angeles , State of California who has been outside the United States over a year and half ago. Plaintiff has always enjoyed a very good reputation in both his personal and professional life, and is well respected in both his local business community, as well as his local community.

4. Defendant Albert Gregory Pinto, (hereinafter referred to as Defendant) upon information and belief, is now, and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles , County of Los Angeles , State of California.

## JURISDICTION AND VENUE

5. Jurisdiction and Venue are properly within this Court as the subject matter of trespassing and this suit occurred at property located in Los Angeles County withing jurisdiction of this Court,

6. This court is the proper court for trial in this action in that the actions and omissions of Defendant as alleged herein were made within this Court's jurisdictional area.

## FACTUAL ALLEGATIONS

7. Plaintiff is owner and resident of 2568 Military Avenue where DEFENDANT Trespassed and committed an act of Home Invasion and burglary on or about August of 2018

8. DEFENDANT who obtained State Bar License of California on or about 2010 State Bar #270955 committed the crime of burglary and trespassing by entering Mr. El Moqaddem's home and committed a crime by removing a vehicle Range Rover from inside the

home of Plaintiff without any Court order or permission from anyone. DEFENDANT also destroyed and damaged an I phone that was inside PLAINITIFF's home that contained evidence and various videos and photos that relate to ALBERT PINTO so it is not used against him in a criminal proceedings. Defendant entered the residence twice by invading the privacy and braking in illegally to Plaintiff's home

9. DEFENDANT watched PLAINTIFF's home until no one was there and broke the garage gate of the house and illegally entered the residence of Plaintiff.

10. Residential burglary ; sometimes called home invasion was committed by ALBERT PINTO to commit a felony inside Plaintiff's residence. In California a person commits burglary by entering into a building, room, store , vehicle , shipping container, or mine , without permission and with the intent to commit a felony inside. For example, a person who goes into someone's else's apartment in order to remove property that is considered stealing and destroy a lap top ;in this case an I phone has committed burglary. In this case DEFENDANT committed First-degree Burglary by breaking the gate door and entering private property without consent or knowledge of home resident(s) and owner. The vehicle removed from the property was the property of Mr. Moqaddem's relative who had informed DEFENDENT that he is not authorized to have access to the vehicle without a Court order or permission as it was stored inside the home in gated backyard area . A person who commits first-degree burglary faces a felony with a state prison term of two, four, or six years. (Cal. Penal Code §§ 460, 461 (2020).)

11. DEFENDANT got away with his crimes for trespassing and breaking in to Plaintiff's home twice. To this date has not paid PLANITIFF to repair his gate broken garage door.

12. PLAINTIFF never permitted DEFENDANT to enter at any time his home and called local police on site to report this vandalism and illegal trespassing to two police officer . PLAINTIFF was asked to go to the police station to follow up with filing of police report but did not follow up due to an emergency family situation that dragged on things and delayed this process.

13. Further, PLAINITFF had to relocate outside Unites State on or about July of 2020 and has been out of the US for over one and half years to this date due to a family emergency situation and also mainly because PLAINITFF was diagnosed positive for COVID on or about July 2020 that unbaled him from returning back to United States.

14. This health condition and move of Mr. El Moqaddem to Morocco, Casablanca with borders being closed mostly has delayed the filing of this complaint that is now being filed against ALBERT GREGORY PINTO

15. Defendant never at any time resided at this property nor had access to it nor permission from home owner or any resident to have access to inside the home. There is actually a criminal restraining order preventing Alert Gregory Pinto from coming near Plaintiff's sister who resided at this home when Defendant broke in to the house of Mr. El Moqaddem.

16. To this date PLAINITFF is still traumatized by the audacity and invasion of his home by DEFENDANT.

17. Upon taking possession of the RANGE ROVER automobile that was

stored inside the home , DEFENDANT also stole the title of the vehicle in total disregard of Court Criminal restraining order that was preventing DEFENDANT and the relative sister of PLAINITFF , who resided at this home , from communicating or coming near each other and their place of residence .

18. Upon taking possession of the Range Rover Vehicle without any court order that DEFENDANT never paid for , ALBERT PINTO tore down and broke the gate door secured entrance causing damage to PLAINITFF"s property intentionally and deliberately.

## FIRST CAUSE OF ACTION

## (Trespassing , Home invasion)

**19.** Plaintiff realleges and incorporates by reference paragraphs 1 through 18, above, as though fully set forth herein.

20. PLAINTIFF had become aware that Defendant had jumped the fence and boke gate for the garage and the vehicle was no longer stored inside the home as well as the damage to an I phone. Such invasion, theft ,vandalism and trespass on Plaintiff's property without Plaintiff's permission is a pure criminal act.

21. Defendant has willfully and intentional conduct where he trespassed, invaded the home and obstructed Plaintiff's privacy . Plaintiff repeatedly advised Defendant (via counsel) and by phone that he is not authorized to come inside his home and that if he insists in coming inside the home that he would need a Court order signed by the Judge or any government agents . In disregards of these precises instructions given to ALBERT PINTO , waited until Plaintiff and other residents were out of the house to illegally break in and trespass in defiance of the Law when Defendant is a licensed attorney with the State Bar of California and an officer of the Court who should not engage in these types of conducts.

22. In causing these violations of Plaintiff's property rights, Defendant acted maliciously , unlawfully and oppressively toward Plaintiff in that at all times prior to , during, and after Defendant caused such violations, Defendant had knowledge of the location and the common boundary lines. Furthermore, in willful and conscious disregard of Plaintiff's rights without taking any responsibility for his actions.

23. Plaintiff therefore has suffered exemplary and punitive damages because of Defendant's actions in an amount to be proven at time of trial.

## SECOND CAUSE OF ACTION

## (Negligent trespass , Home invasion )

24. Plaintiff incorporates such in this Second Cause of Action Paragraph 1-23, inclusive

25. In causing such trespassing, burglary , home invasion and obstruction of Plaintiff's property rights and privacy, Defendant acted negligently and carelessly and in complete disregard of the Law, Rules and Regulations.

26. As a proximate result of the negligence and the resulting of trespassing and home invasion, Plaintiff has suffered damages upon trespassed on , or obstructed in an amount to be proven at time of trial.

## THIRD CAUSE OF ACTION

## (Property Damage)

27. Plaintiff incorporates such in this Second Cause of Action Paragraph 1-26, inclusive

28. ALBERT GREGORY PINTO did not have access to the home nor had any key in order to come inside Plaintiff's home and waited until no one was home to break the garage gate to be able to enter illegally premises and residence of Plaintiff . The Garage gate has been broken by DEFENDNAT and still has not been repaired property to this date .

29. ALBERT GREOGY PINTO broke in to the home and damaged intentionally and deliberately an iPhone that Defendant damaged intentional so it does not get turned on anymore to cause potential evidence to be deleted , hidden and concealed against Defendant that was stored on this I Phone.

30. Plaintiff therefore has suffered enormous losses and stress and is entitles to exemplary and punitive damages because of Defendant's actions in an amount to be proven at time of trial

## FOURTH CAUSE OF ACTION

## (Intentional infliction of emotional distress

31. Plaintiff realleges and incorporates by reference paragraphs 1 through 30, above, as though fully set forth herein.

32. As a direct and proximate result of defendant's conduct, plaintiff suffered extreme mental anguish and severe emotional distress, as well as physical pain and suffering.

33. As a direct and proximate result of defendant's conduct, plaintiff was required to obtain medical services and treatment in an amount according to proof at time of trial, and will, in the future, be compelled to incur additional obligations for medical treatment in an amount according to proof at time of trial.

35. As a direct and proximate result of the actions of defendants as alleged herein, plaintiff has suffered extreme emotional distress, including but not limited to, severe humiliation, mental anguish, and severe emotional distress, and has been injured in mind and body in an amount not as yet ascertained, but will be proven at time of trial.

36. Defendants knew that their aforementioned conduct would cause plaintiff to suffer extreme emotional distress, yet they proceeded with said conduct with full knowledge and

forethought of what the consequences of their actions would be and acted with reckless disregard for the probability that plaintiff would suffer extreme emotional distress. Their conduct was intended to, and did in fact cause plaintiff to suffer extreme emotional distress, further it was a very substantial factor in causing the severe emotional distress suffered, and still being currently suffered by plaintiff. Said conduct was willful, malicious, oppressive, despicable, and with conscious disregard of Plaintiff's rights, and with the intent to vex, annoy, harass, and injure Plaintiff. Therefore, plaintiff is entitled to recover exemplary and punitive damages in an amount according to proof at the time of trial.

**FIFTH CAUSE OF ACTION**

**(Negligent Infliction of Emotional Distress)**

37. Plaintiff incorporates by reference all allegations contained in Paragraph 1-36 of this Complaint as though fully set forth herein.

38. Defendant Albert Pinto by act negligently inflicted emotional distress upon Plaintiff and Plaintiffs members that also resided at his home that when caught for second time inside Plaintiff's home and room , Defendant used threats on the witness who caught him inside the home of Plaintiff . Said conduct was intentional and malicious and done for the sole purpose to damage evidence, steal and divert property and of causing Plaintiff to suffer humiliation, mental anguish and emotional and physical distress

39. As a further proximate result of defendant , Albert Pinot's actions and the consequences proximately caused by it , as hereinabove alleges, plaintiff suffered severed humiliation, mental anguish, and emotional distress , and has been injured in mind and body as follows: damages in the sum to be determined at trial based on proof .

anguish, and emotional distress , and has been injured in mind and body as follows: damages in the sum to be determined at trial based on proof .

## DEMANDS FOR JURY TRIAL

40 Plaintiff hereby demands a trial by jury on all causes and claims.

## PRAYER FOR RELIEF

Plaintiff prays for relief as follows:

1) For property damages, to be proven at trial;

2) For general and compensatory damages, to be proven at trial;

3) For exemplary and punitive damages to be proven at trial;

4) For costs of suit herein incurred;

5) For interest on all sums awarded at the maximum allowable rate;

6) For such other and further relief as the Court may deem just and proper.

Dated: February 18,2022

SALAHEDDINE EL MOQADDEM , IN PROPER

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, SALAHEDDINE EL MOQADDEM, declare that:

I am the Plaintiff in this action. I am over the age of 18 years.

I have read the foregoing **VERIFIED COMPLAINT FOR TRESPASSING /HOME INVASION, NEGLIGENT TRESPASSING , PROPERTY DAMAGE , INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ANDNEGLIGENT INFLICTION OF EMOTIONAL**and know the contents thereof. I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 18TH day of FEBRUARY , 2022

[signature]

SALAHEDDINE EL MOQADDEM