UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-1808 DMG (JEMx)** | Date | September 1, 2023 |
| Title | ***Maha Elregragui Moqaddem v. Albert Gregory Pinto et al.*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| KANE TIEN | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFF'S MOTION TO REOPEN [150]**

The Court administratively closed this case on March 3, 2023, pending resolution of the related State Court Action in Los Angeles Superior Court,[1] pursuant to the *Colorado River* abstention doctrine. [Doc. # 142.] On August 9, 2023, Plaintiff Maha Elregragui Moqaddem filed a motion to reopen this case. [Doc. # 150.] Plaintiff improperly noticed the hearing, however, before Hon. John E. McDermott, United States Magistrate Judge, retired. In light of this deficiency, Plaintiff's motion to reopen is hereby **DENIED, without prejudice** to being re-noticed before the District Judge. The October 17, 2023 hearing is **VACATED**.

**IT IS SO ORDERED**.

[1] The State Court Action is *Albert Gregory Pinto v. Maha Visconti*, Case No. 21STCV25467 (L.A. Cty. Sup. Ct.).