Maha El Bagmagui Meghaniem, (Cross Complainant) Proper
for Mailing only: 5966 Ruthwood Drive
Calabasas, CA 91302

FILED
CLERK, U.S. DISTRICT COURT
9/10/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

(2)

UNITED STATES District Court
Central District, STATE OF CALIFORNIA

| | |
|---|---|
| MAHA VISconti (Cross-Complainant) Vs. Albert Pinto (Cross-Defendant) and Does 1-10 | Case No. 2:23-cv-01808 URGENT DECLATION OF Cross-Complainant to the Court that nothing can take place at this time in this until Cross-Complainant is released from being Fraudulently incarcerated in the Criminal case of Pinto SA098438 when never found guilty of any Crime and because of some LADBA Attorney State court Judge Burghardt tried to force on Maha Visconti who is not a named Victim in the Criminal case of Pinto |

1. I am urgently informing the court in these proceedings that I have been fraudulently incarcerated because of the case of Pinto SA098438 at Airport Courthouse, as a plot to stop me from participating in my civil case against my prior attorney Albert Pinto.

2. Please take notice that I have asked George murphy to substitute out since he cannot do any work in this case and proceedings without my presence since I am incarcerated and no one can have access to my files and important documents in my computer that a security measures that no one can access except me.

3. In addition, and due to the fact I am indigent I have been working daily on my civil cases with my legal team who cannot operate nor do anything without my physical presence.

4. As much as I was looking forward to conducting Rule 26 Discovery report, I am now prevented from doing so by being incarcerated and will not physically be able to file any replies to any motions nor participate in these proceedings until December 2023 and if I am released earlier, I will immediately inform the