Albert Gregory Pinto (*pro se*)
5400 Healer Lane
Brownwood, Texas 76801
Telephone: 571-969-9021
gpinto75@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAHA ELREGRAGUI MOQADDEM,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT GREGORY PINTO and DOES 1 Through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-01808-DMG-JEM<br>And Case: 5:23-CV-00474-DMG-KK<br><br>[Assigned to Hon. Dolly M. Gee, Courtroom 8C]<br><br>**STATUS REPORT RE: DISPOSITION OF STATE CASE NUMBER 21STCV25467**<br><br>**Hearing Date: N/A**<br>**Time: N/A**<br>**Courtroom: 8C** |

## **STATUS REPORT**

Pursuant to this Court's orders, Defendant Albert Gregory Pinto (Pinto/Defendant) submits this Status Report regarding the disposition of case number 21STCV25467 ("state case"), Hon. Elaine W. Mandel presiding in Department P of the Superior Court of California, Los Angeles.

Pinto contacted George Murphy, the attorney for Plaintiff Maha Elregragui Moqaddem (Plaintiff/Moqaddem), AKA Maha Visconti, via email on January 18, 2024, to coordinate the Joint Status Reports ordered by this Court. (See a true and correct copy of that email included as ATTACHMENT 1.) Murphy represents Plaintiff in 2:22-CV-01808 ("Federal Case 1") and, as stated by this Court in its Order staying 5:23-CV-00474 ("Federal Case 2", Doc. #19 of that case), in Federal Case 2. Murphy did not respond. Therefore, Defendant files this Status Report without Plaintiff to comply with this Court's deadlines for submission.

**STATUS OF THE STATE CASE**

On January 12, 2024, Judge Elaine Mandel, presiding over the state case in Department P of the Superior Court of California, Los Angeles, dismissed with prejudice the entirety of Moqaddem's Cross-Complaint. (See Notice of Entry of Order and Order included as ATTACHMENT 2.) This Court found that the Cross-Complaint in the state case was identical to Moqaddem's Complaint in Federal Case 1. (Doc. #142 in Federal Case 1) This Court stayed Federal Case 1 under Colorado River Doctrine pending resolution of the identical claims in the earlier filed state case. (Doc. #142) Additionally, this Court found that the subsequent Complaint Moqaddem filed against Pinto in Federal Case 2 was duplicative of Federal Case 1 stating that Complaint "…arise[s] out of the same factual circumstances..." as Federal Case 1 and that Plaintiff "…who is represented by counsel in this [Federal Case 2}and [Federal Case 1], may not maintain [Federal Case 2] separate from [Federal Case 1]."

The state court's order dismissed with prejudice the entirely of Plaintiff's case, the case underlying both of this Court's Colorado River Doctrine stays. Accordingly, Defendant files identical Status Reports in both Federal Case 1 and the duplicative Federal Case 2.

Dated: January 21, 2024

Albert Gregory Pinto, Defendant (*pro se*)