**CIV-130**

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER 288146
NAME: Eric M. Khodadian, Esq.
FIRM NAME: Cummins & White, LLP
STREET ADDRESS: 2424 S.E. Bristol Street, Suite 300
CITY: Newport Beach STATE: CA ZIP CODE: 92660
TELEPHONE NO.: (949) 852-1800 FAX NO.: (949) 852-8510
EMAIL ADDRESS: ekhodadian@cwlawyers.com
ATTORNEY FOR (name): Albert Gregory Pinto

*FOR COURT USE ONLY*

**Electronically FILED by Superior Court of California, County of Los Angeles 1/12/2024 12:28 PM David W. Slayton, Executive Officer/Clerk of Court, By L. Kulkin, Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 1725 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: Santa Monica Courthouse

PLAINTIFF/PETITIONER: Albert Gregory Pinto
DEFENDANT/RESPONDENT: Maha Visconti, et al.

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

CASE NUMBER: 21STCV25467

*(Check one):* ☒ **UNLIMITED CASE** (Amount demanded exceeded $35,000) ☐ **LIMITED CASE** (Amount demanded was $35,000 or less)

**TO ALL PARTIES:**

1. A judgment, decree, or order was entered in this action on *(date)*: 1/12/24

2. A copy of the judgment, decree, or order is attached to this notice.

Date: 1/12/24

Eric M. Khodadian
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITH OUT ATTORNEY)

▶ [signature]
(SIGNATURE)



Form Approved for Optional Use
Judicial Council of California
CIV-130 [Rev. January 1, 2024]

CIV-130

| | |
|---|---|
| PLAINTIFF/PETITIONER: Albert Gregory Pinto<br>DEFENDANT/RESPONDENT: Maha Visconti, et al. | CASE NUMBER:<br>21STCV25467 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

*(NOTE: You cannot serve the* **Notice of Entry of Judgment or Order** *if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:
2424 S.E. Bristol Street, Suite 300, Newport Beach, CA 92660

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one)*:
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☒ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:
   a. on *(date)*: 1/12/24
   b. from *(city and state)*: Newport Beach, CA

4. The envelope was addressed and mailed as follows:
   a. Name of person served:
   BK # 6663784, Attn: Maha Visconti
   Street address: Century Regional Detention Facility
   11705 S. Alameda Street
   City: Lynwood
   State and zip code: CA 90202

   b. Name of person served:
   Street address:
   City:
   State and zip code:

   c. Name of person served:
   Street address:
   City:
   State and zip code:

   d. Name of person served:
   Street address:
   City:
   State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/12/24

Robin J. Warren
(TYPE OR PRINT NAME OF DECLARANT)

▶ [signature]
(SIGNATURE OF DECLARANT)

CUMMINS & WHITE, LLP
Eric M. Khodadian (Bar No. 288146)
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
Fax: (949) 852-8510
E-mail: ekhodadian@cwlawyers.com

Attorneys for Plaintiff
ALBERT GREGORY PINTO

FILED
Superior Court of California
County of Los Angeles

JAN 12 2024

David W. Slayton, Executive Officer/Clerk of Court
By: Emily Sam, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES, SANTA MONICA COURTHOUSE

| | |
|---|---|
| ALBERT GREGORY PINTO,<br>Plaintiff,<br>vs.<br>MAHA VISCONTI and DOES 1 through 25, inclusive,<br>Defendants. | CASE NO.: 21STCV25467<br>[Assigned for all purposes to Honorable Elaine Mandel, Dept. P]<br>**FIRST AMENDED ~~[PROPOSED]~~ ORDER DISMISSING AND STRIKING THE CROSS-COMPLAINT BY MAHA VISCONTI** |
| AND RELATED CROSS-ACTION | Complaint Filed: 7/12/21 |

**~~[PROPOSED]~~ ORDER**

**WHEREAS** on May 26, 2022, Defendant/Cross-Complainant Maha Visconti ("Visconti") filed a Cross-Complaint against Plaintiff/Cross-Defendant Albert Gregory Pinto ("Pinto") alleging causes of action for: 1) breach of fiduciary duty by an attorney; 2) fraud; 3) constructive fraud; 4) extortion-civil; 5) assault; 6) battery; 7) intentional infliction of emotional distress; 8) conversion; and 9) negligent misrepresentation ("Cross-Complaint").

**WHEREAS** on May 19, 2023, the Court granted Pinto's Motion to Declare Visconti a Vexatious Litigant ("Motion"), in part, and on June 1, 2023, the entered an order deeming Visconti a vexatious litigant pursuant to California Code of Civil Procedure section 391 et seq. and ordered that Visconti be subject to a pre-filing order. The Court also found that Pinto carried his evidentiary burden showing that Visconti was unlikely to prevail on the merits of the Cross-Complaint and granted Visconti's request for an evidentiary hearing on declarations to determine whether Visconti should be ordered to post a bond or have her Cross-Complaint dismissed with prejudice.

**WHEREAS**, on December 4, 2023, at the continued hearing on whether Visconti should be required to post a bond or have the Cross-Complaint dismissed, the Court found that Visconti was unlikely to prevail on the merits of Cross-Complaint. Visconti was ordered to post a bond prior to January 4, 2024, or the Cross-Complaint would be dismissed with prejudice.

**WHEREAS**, on January 10, 2024, a status conference was held. The Court found that Visconti failed to post the required bond prior to January 4, 2024. Accordingly, the Court ordered the Cross-Complaint stricken, dismissed, with prejudice.

**THEREFORE,** good cause showing, the Court issues the following Order:

1. The entire Cross-Complaint filed by Visconti in this action on May 26, 2022, and each of its causes of action and allegations, are hereby stricken and dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: JAN 1 2 2024

ELAINE MANDEL

JUDGE OF THE SUPERIOR COURT

**PROOF OF SERVICE**
**(Declaration)**
**(C.C.P. §§1013(a) and 2015.5)**

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2424 S.E. Bristol Street, Suite 300, Newport Beach, CA 92660-0764.

On January 12, 2024, I served the following document(s) **FIRST AMENDED [PROPOSED] ORDER DISMISSING AND STRIKING THE CROSS-COMPLAINT BY MAHA VISCONTI** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Maha Visconti (Moqaddem)
Booking Number #6663784
Century Regional Detention Facility
11705 S. Alameda Street
Lynwood, CA 90262

☑ **By Mail:** I am readily familiar with Cummins & White, LLP's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Newport Beach, California

Executed on January 12, 2024, at Newport Beach, California.

☑ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Robin Warren*
Robin Warren